# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JIN KWON and ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA, <br><br>　　　Plaintiffs, <br><br> v. <br><br> ROBYN A. CRITTENDEN, <br><br>　　　Defendant. | CIVIL ACTION FILE NO. |

## EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiffs seek emergency relief to ensure that hundreds of thousands of LEP voters in Georgia can exercise their fundamental right to vote in the December 4, 2018 runoff. In the alternative, Plaintiffs respectfully request an immediate hearing. Plaintiffs are entitled to relief for the reasons set forth in the accompanying memorandum of law and declarations of Karuna Ramachandran, Jin Kwon, and Grace Ahn.

Given that the early voting period has already begun, Plaintiffs seek a temporary restraining order that requires the following remedial actions for the December runoff:

1

i. Immediately enjoins Defendant from implementing Section 21-2-409(b)(2);

ii. Allows all voters who are entitled to assistance with voting to receive assistance from any person of their choice who satisfies the requirements of Section 208 of the Voting Rights Act, 42 U.S.C. § 10508;

iii. Requires Defendant to instruct county elections officials that poll workers may not require voters and/or individuals assisting voters to indicate on any forms that that they are complying with O.C.G.A. § 21-2-409(b)(2);

iv. Requires Defendant to transmit any Order of this Court granting preliminary or final injunctive relief to county board of elections;

v. Requires Defendant to cause the counties to post, at polling places on Election Day, notice that voters entitled to assistance may receive assistance from any person of their choice who satisfies the requirements of Section 208 of the Voting Rights Act, 42 U.S.C. § 10508;

vi. Requires Defendant to conduct training of all poll workers to ensure they understand and comply with any Order of this Court granting preliminary or final injunctive relief;

vii. Requires Defendant to provide notice to the public on the Secretary of State's website that all voters entitled to assistance with voting may receive assistance from any person of their choice who satisfies the requirements of Section 208 of the Voting Rights Act, 42 U.S.C. § 10508; and that Section 21-2-409(b)(2) has been enjoined and that Section 21-2-409(b)(1) will apply, regardless of whether or not there is a federal candidate on the ballot.

Additionally, Plaintiffs respectfully request that the bond be set at $0.00.

Respectfully submitted, this 27th day of November, 2018.

|  |  |
|---|---|
| Deanna Kitamura<br>dkitamura@advancingjustice-la.org<br>CA Bar No. 162039<br>Nicole Gon Ochi<br>nochi@advancingjustice-la.org<br>CA Bar. No. 268678<br>Christopher Lapinig<br>clapinig@advancingjustice-la.org<br>CA Bar No. 802525<br>Eileen Ma<br>ema@advancingjustice-la.org<br>CA Bar No. 296800 | */s/Daniel Huynh*<br>Patrick J. Flinn, Esq.<br>patrick.flinn@alston.com<br>Georgia Bar No. 264540<br>Daniel Huynh, Esq.<br>Daniel.huynh@alston.com<br>Georgia Bar No. 987369<br>David Gann, Esq.<br>david.gann@alston.com<br>Georgia Bar No. 940455<br>Nick Tsui<br>nick.tsui@alston.com<br>Georgia Bar No. 982502 |

(*pro hac vice* applications to be filed)
ASIAN AMERICANS ADVANCING JUSTICE – LA
1145 Wilshire Blvd.
Los Angeles, CA 90017
Telephone: (213) 977-7500
Facsimile: (213) 977-7595


Phi Nguyen
GA Bar No. 578019
pnguyen@advancingjustice-atlanta.org
Hillary Li
GA Bar No. 898375
hli@advancingjustice-atlanta.org
ASIAN AMERICANS ADVANCING JUSTICE – ATLANTA
5680 Oakbrook Parkway, Suite 148
Norcross, GA 30093
Telephone: (404) 585-8446

Lindsay Church
Lindsay.church@alston.com
Georgia Bar No. 651190
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

Brian J. Sutherland, Esq.
bsutherland@buckleybeal.com
Georgia Bar No. 105408
BUCKLEY BEAL, LLP
600 Peachtree Street
Suite 3900
Atlanta, Georgia 105408
Tel.: (404 781-1100
Fax.: (404) 781-1101

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of November 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served a copy by electronic mail upon the following attorneys for the defendant.

Cristina M. Correia
ccorreia@law.ga.gov
Russell David Willard
rwillard@law.ga.gov
Georgia Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

/s/ *Daniel Huynh*
Daniel Huynh
Daniel.huynh@alston.com
Georgia Bar No. 987369
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777
Fax: (404) 881-7777
*Attorney for Plaintiffs*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), counsel hereby certifies that this motion was prepared using Times New Roman 14 point font.

This 27th day of November, 2018

>/s/ *Daniel Huynh*
>Daniel Huynh
>Daniel.huynh@alston.com
>Georgia Bar No. 987369
>ALSTON & BIRD LLP
>One Atlantic Center
>1201 West Peachtree Street
>Atlanta, Georgia 30309-3424
>Tel.: (404) 881-7000
>Fax: (404) 881-7777
>Fax: (404) 881-7777
>*Attorney for Plaintiffs*