# **DECLARATION OF GRACE AHN**

I, Grace Ahn, hereby declare as follows:

1.      I have personal knowledge of the matters stated herein and would testify to the same if called as a witness in Court.

2.      I am over the age of 18 years of age. I am a resident of Lawrenceville, Georgia, which is located in Gwinnett County. I am a registered voter in Gwinnett County, and my precinct is Sweetwater Middle School.

3.      I am a second-generation Korean American and am proficient in both English and Korean.

4.      I am currently employed at Asian Americans Advancing Justice-Atlanta ("Advancing Justice-Atlanta") as a civic engagement coordinator. I have served in this role since the beginning of October 2018. My duties as a civic engagement coordinator include facilitating get out the vote ("GOTV") canvasses, coordinating with community partners on GOTV and other civic engagement efforts, and leading election protection activities.

5.      For the November 6, 2018 elections, Advancing Justice-Atlanta ran an interpretation services program for LEP voters. I was trained by another staff member on how to serve as an interpreter. As part of my training, I was informed that there are different rules about who can interpret in elections where there is a federal candidate on the ballot, as opposed to strictly local

or state elections. Based on my training, I understand that in non-federal elections, I would be only be eligible to interpret for an LEP voter if the voter were a family member or a voter in my precinct.

6.    Based on my training, I also understand that my role as an interpreter is simply to help interpret for LEP voters what is on the ballot and not to in any way try to influence how they vote.

7.    On or about November 5, 2018, I called Mr. Jin Kwon after a co-worker informed me that Mr. Kwon had contacted our office to request interpretation services for Election Day. During that conversation, which we had in Korean, we arranged for me to meet him and his wife at Livsey Elementary School at 9:00 AM the following morning to assist them both with voting.

8.    On Election Day, I met Mr. and Mrs. Kwon at Livsey Elementary School at 9:00 AM, as planned. Once there, I assisted Mr. and Mrs. Kwon with completing a form they were required to fill out before they could vote. Included on the form was a section that included a blank space for the name of a person assisting a voter in a non-federal election and boxes that the assister could check off to indicate their relationship to the voter. The only available boxes were for a registered voter in the same precinct or the voter's sister, mother, father, brother, spouse, or child.

9. When I saw this section of the form, I let a poll worker know that I would be assisting Mr. and Mrs. Kwon with voting but that I did not need to write my name on the form or check off any boxes because there was a federal candidate on the ballot. Furthermore, none of the available boxes accurately describe my relationship to Mr. or Mrs. Kwon.

10. The poll worker appeared to be confused and brought the poll manager over. The poll manager told me that I was required to put my name on the form. I objected, explaining that I was not required by law to write my name on the form because there were federal candidates on the ballot. She kept insisting. I eventually complied in order to be allowed to assist Mr. and Mrs. Kwon. However, when she tried to make me check a box indicating my relationship to the Kwons, I continued to refuse because checking off any of the boxes would have required me to be untruthful.

11. The poll manager left for about five minutes and then returned. When she came back, she insisted that I could not assist Mr. and Mrs. Kwon because this was a statewide election and I did not meet the criteria to provide them assistance in a non-federal election. At that point in time, I decided to call the deputy director of Advancing Justice-Atlanta, Karuna Ramachandran, for guidance on what to do. The poll manager proceeded to also call her supervisor.

12. Karuna requested to speak to the poll manager on the phone. She explained to the poll manager the different state law provisions that apply in federal elections versus non-federal elections and that I was allowed to help Mr. and Mrs. Kwon even though I was not a registered voter in the precinct, a family member, or their caretaker because there was a federal candidate on the ballot. During this time, the poll manger was also simultaneously consulting with her supervisor on another phone.

13. At some point during this exchange, the poll manager requested that I ask Mr. and Mrs. Kwon—in Korean—about their level of proficiency in English. I complied with this request, and Mr. Kwon said that he had limited English proficiency.

14. I reported this exchange to Karuna, who then advised the poll manager that she could not ask Mr. and Mrs. Kwon this question because it could be intimidating to the voters.

15. While all of this was going on, I explained to Mr. and Mrs. Kwon that I could legally interpret for them but that the poll workers were confused about the laws.

16. Finally, after more discussions between Karuna and the poll manager and the poll manager and her supervisor, the poll manager permitted me to assist Mr. and Mrs. Kwon.

17. From the time that I entered Livsey Elementary School to the time that I was given permission to assist Mr. and Mrs. Kwon was about 15-20 minutes.

18. The difficulties I encountered during this process made me feel very frustrated and offended on behalf of Mr. and Mrs. Kwon who simply wanted to exercise their voting rights.

19. I declare under penalty of perjury that the foregoing is true and correct.

Executed this __26__ day of November, 2018.

_____
Grace Ahn