# **DECLARATION OF JIN KWON**

I, Jin Kwon, hereby declare as follows:

1. I have personal knowledge of the matters stated herein and would testify to the same if called as a witness in Court.

2. I am over the age of 18 years of age. I am a resident of and registered voter in DeKalb County, Georgia. I have been a registered voter for several years.

3. I immigrated to the United States from Korea in 1990 when I was approximately 37 years old. I have been a United States citizen for approximately eight years.

4. My native language is Korean and it is the language that I speak at home. I have limited ability to speak, read, and understand English and consider myself to be limited English proficient.

5. In November 2018, I learned through a commercial on Korean TV that Asian Americans Advancing Justice-Atlanta was offering language assistance to voters who do not understand English well. I contacted Advancing Justice-Atlanta's office to request an interpreter for my wife and me. I spoke to James and made arrangements for an interpreter to meet my wife and me at my polling place on Election Day.

6. My wife and I do not have anyone else who could provide this type of assistance to us. Though we have two children whose English is better than

ours, they both currently live out of state. One lives in New Jersey, and the other one lives in Maryland.

7. On Election Day, Grace, an interpreter from Advancing Justice-Atlanta, met my wife and me at my polling place, Livsey Elementary School.

8. When Grace explained to a poll worker that she was there to assist us with voting, the poll worker at first tried to stop her from helping us. Grace continued to try to convince the poll worker that she was allowed to help us. The poll worker and Grace both called their supervisors for input on what to do.

9. At some point during this conversation, I told Grace that I was not comfortable writing and reading in English.

10. I believe that this whole process went on for about 10-15 minutes. During this time, I feared that I might not be able to vote.

11. Finally, Grace was allowed to assist us with voting after all. I felt relieved.

12. Grace then accompanied me to the voting machine and helped interpret what my ballot said so that I could vote with confidence.

13. Although I did not catch everything that Grace and the poll worker were saying to each other that day, I understood enough to know that unless Grace advocated for me like she did, I would not have been able to obtain her assistance at the voting machine. Grace and I also discussed what happened

with the poll worker after I voted.

14. I understand that there is a runoff election on December 4. I would like to vote in this election. However, I understand from Advancing Justice-Atlanta that the law in Georgia will not allow Grace to interpret for my wife and me in the runoff because she is not a family member, our caretaker, or a registered voter in our precinct.

15. I do not know anyone who is a registered voter in my precinct who can provide language assistance to me in the runoff election. In order to feel comfortable voting in the runoff election, I would want someone to provide me with language assistance at the polls.

16. With the November 6 election, I would not have felt comfortable voting without language assistance because I would be scared that I might make a mistake on my ballot.

17. Although I have wanted to vote more in the past, voting entirely in English is very intimidating to me. I am grateful to Advancing Justice-Atlanta for providing interpretation services that enabled me to vote in the November 6 election.

18. I believe that there are a lot of Korean people my age who would also like to vote more but they give up because they are limited English proficient.

19. This declaration was read to me in my native language of Korean by an

interpreter.

20. I declare under penalty of perjury that the foregoing is true and correct.


Executed this __26__ day of November 2018, in __DeKalb__, Georgia.

_____
Jin Kwon