# **DECLARATION OF KARUNA RAMACHANDRAN**

Pursuant to 28 U.S.C. § 1746, I, Karuna Ramachandran, hereby declare as follows:

1. My name is Karuna Ramachandran. I am over the age of 18 and I am competent to make this declaration. I have personal knowledge of the matters set forth herein and would testify to the same if called to do so in a court of law.

2. I am the Deputy Director of Asian Americans Advancing Justice-Atlanta ("Advancing Justice-Atlanta").

3. Advancing Justice-Atlanta is a non-partisan, non-profit organization founded in 2010 and located in Norcross, Georgia. Our mission is to protect and promote the civil rights of Asian Americans and Pacific Islanders ("AAPIs") and other immigrant and refugee communities in Georgia through public policy, legal services, civic engagement, and impact litigation. On an annual basis, our work reaches approximately 10,000 people directly, and many more through extensive media coverage.

4. As Deputy Director of Advancing Justice-Atlanta, I managed and supervised a cross-departmental Election Protection team that organized all of our poll monitoring and interpretation services for the November 6, 2018 Election and continues to do so for the December 4, 2018 Runoff. I oversaw all of the civic engagement and communications activities related to Election

Protection and interpretation. For much of the Election Protection efforts during the November Election, I also handled calls received by the Advancing Justice-Atlanta multilingual voter hotline, helping to troubleshoot issues that arose before and during Election Day.

5. According to the U.S. Census Bureau, Georgia's AAPI population makes up about 3.7% of the state's total population, and Gwinnett County is home to the largest AAPI community, where nearly 11% of the total population is AAPI.

6. Despite this, AAPIs in Georgia remain underrepresented in the electorate. To this end, Advancing Justice-Atlanta has been heavily involved in helping our historically disenfranchised communities be a part of the civic process in Georgia since our founding in 2010. Our civic engagement efforts include Get Out the Vote ("GOTV"), voter education, and election protection activities in local, state, and federal elections, with a particular focus on AAPI voters.

7. Since 2016, Advancing Justice-Atlanta has been leading a multiethnic coalition, the Georgia Immigrant Alliance for Civic Empowerment ("GIACE"). GIACE includes approximately 20 immigrant and people of color groups, including groups working to empower Latino, African, and immigrant and refugee communities. Advancing Justice-Atlanta works

closely with GIACE organizations to educate multiracial and multiethnic community members on various topics, including voting rights. Even before the formation of GIACE, Advancing Justice-Atlanta worked regularly in a multiethnic coalition that included at least ten other groups.

8. For AAPI and other immigrant communities in Georgia, language can be a significant barrier to voting. According to the U.S. Census Bureau, 81% percent of AAPIs in Georgia speak a language other than English at home, and 36% are Limited English Proficient ("LEP"), which is traditionally defined as speaking English less than "very well."

9. To help ensure that Limited English Proficient ("LEP") voters are able to fully engage in the civic process, Advancing Justice-Atlanta conducts all of its civic engagement activities in multiple languages, including Spanish, Vietnamese, Korean, and Chinese. For example, we routinely recruit multilingual volunteers to canvas AAPI and other immigrant voters to provide information about upcoming elections. We also provide written elections materials, such as know your voting rights pamphlets and voter guides, in multiple languages and run a multilingual voter hotline during elections.

10. During the November 6, 2018 general election, Advancing Justice-Atlanta also ran a language assistance and interpretation program for LEP voters, in addition to its usual GOTV and election protection activities.

11. As a part of this program, Advancing Justice-Atlanta recruited and trained volunteers fluent in Spanish, Vietnamese, Korean, Chinese, or Hindi to be able to provide language assistance to LEP voters at the polls during early voting and on Election Day. Multilingual Advancing Justice-Atlanta staff members were also trained on how to serve as interpreters for LEP voters.

12. In the weeks leading up to Election Day, Advancing Justice-Atlanta advertised these services to AAPI and other immigrant communities, providing the Advancing Justice-Atlanta voter hotline number so voters could call to request language assistance at the polls. We invested money in telephonic interpretation services to ensure that the hotline would be accessible in over 250 languages.

13. This advertising included outreach in ethnic newspapers and on Asian language media, and distributing advertisements through GIACE partners. We had the advertisements, both for digital and print communications, translated, with the help of paid translation services, into Spanish, Vietnamese, Korean, Chinese, and Hindi on an expedited basis. Advancing Justice-Atlanta staff members also assisted with confirming the translations.

14. If a LEP voter called to request language assistance, we would arrange for an interpreter to accompany the voter to his or her polling place. During early voting and on Election Day, we also stationed interpreters at various polling

places in order to provide LEP voters with on the spot language assistance, if requested.

15. As a result of Advancing Justice-Atlanta's civic engagement work, particularly in relation to the November 6, 2018 general election, I am aware of the Georgia law, O.C.G.A. § 21-2-409(b)(2), which severely restricts who may provide assistance to LEP voters in local and state elections.

16. As part of the training provided to volunteer interpreters during the November 6, 2018 general election, Advancing Justice-Atlanta educated interpreters about the language assistance provisions under both state and federal law. We specifically advised interpreters that the restrictions of O.C.G.A. § 21-2-409(b)(2) would not apply in the November 6 election since every ballot would include a federal candidate. We provided this education to ensure that LEP voters would not be wrongly denied their choice of an interpreter at the polls.

17. Nonetheless, I understand based on my review of documentation provided by our volunteer interpreters, that O.C.G.A. § 21-2-409(b)(2) caused various LEP voters to face difficulties receiving language assistance at the polls on Election Day. For example, in some instances, poll workers wrongly believed or were confused about whether the restrictions of O.C.G.A. § 21-2-409(b)(2) applied. Their confusion resulted in delays and frustration for both voters and

interpreters. In some cases, poll workers initially disputed the voters' entitlement to assistance from interpreters.

18. Despite these issues, Advancing Justice-Atlanta was able to collectively provide voting assistance to almost 70 LEP community members during the November 6 election. In most of these cases, the interpreter met the criteria for providing assistance to the voter under the federal Voting Rights Act but not O.C.G.A. § 21-2-409(b)(2). Had the November 6 election not included a federal candidate on the ballot, the vast majority of these voters would not have been able to receive assistance from their interpreter.

19. Further, since the provision of O.C.G.A. § 21-2-409(b)(2) that restricts the number of voters a person can assist to ten voters also did not apply in the November 6 election, some Advancing Justice-Atlanta interpreters were able to help multiple LEP voters who requested assistance. For example, one Advancing Justice-Atlanta staff member who is fluent in Korean assisted approximately 20 LEP voters who contacted the Advancing Justice-Atlanta office before Election Day to request language assistance. This would not have been possible if O.C.G.A. § 21-2-409(b)(2) had applied.

20. On December 4, there will be a runoff election for the Georgia Secretary of State and the District 3 Public Service Commissioner races. Since no federal candidate will appear on the ballot in the runoff, O.C.G.A. § 21-2-409(b)(2)

*will* be in effect and significantly restrict who LEP voters can bring with them as an interpreter. Based on what Advancing Justice – Atlanta has experienced thus far, I believe this will prevent many LEP voters who do not have access to interpreters who satisfy the requirements of O.C.G.A. § 21-2-409(b)(2) from voting.

21. Advancing Justice-Atlanta is currently engaging and will continue to engage in efforts to stem the negative impact that O.C.G.A. § 21-2-409(b)(2) will have on other LEP voters' ability to participate in the December 4 runoff.

22. Specifically, we have diverted, and continue to divert, precious time and resources toward the following in response to O.C.G.A. § 21-2-409(b)(2):

   a. Educating community members on who is permitted to provide language assistance to voters in the runoff, through multilingual text blasts, modifications to our canvassing scripts, social media, and communications newsletters;

   b. Creating digital communications to be dispersed on social media and drafting a text message to be sent to LEP voters to educate them about this issue, which we got translated into Spanish, Vietnamese, Korean, and Chinese with the help of paid translation services;

   c. Spending money on text message services to send the above-referenced text messages out to thousands of voters;

d. Distributing these communications on social media and through GIACE partners to reach more diverse community groups and voters, including Latino and other immigrant communities;

e. Re-training staff members and volunteers on the language assistance provisions under state and federal law, by holding at least five training sessions between November 26, 2018 and December 4, 2018 to re-train all of our staff and train the volunteers who sign up to poll monitor and provide interpretation services at the polls.

23. Advancing Justice-Atlanta is also attempting to run a language assistance program for the December 4 runoff, but O.C.G.A. § 21-2-409(b)(2) severely limits our ability to realistically meet the needs of LEP voters. In the general election, approximately ten staff members were able to be trained to be interpreters at any polling place that they monitored. They could drive around to different polling places and assist voters who contacted us with interpretation needs. In this election, given the polling places that we will be monitoring and the restrictions on interpreters under O.C.G.A. § 21-2-409(b)(2), we only have two bilingual staff members who can be staffed at the polling place they are registered in, to serve as interpreters.

24. We will still be doing Election Protection and offering as much interpretation as we can on two early voting days and on Election Day for the run-off. We

are currently recruiting volunteers to staff shifts for most of the day on November 29 and November 30, and all day on December 4. We are still planning to recruit volunteer interpreters for these days, but we will have to substantially change our plan. We plan to advertise the specific polling places we will be monitoring and attempt to recruit interpreters who can interpret at those places.

25. Since we became aware of the existence and restrictions of O.C.G.A. § 21-2-409(b)(2), Advancing Justice-Atlanta has had to, and continues to, divert substantial time and resources from its regular activities to educate voters about the requirements of O.C.G.A. § 21-2-409(b)(2), assist voters in obtaining language assistance, and recruit bilingual volunteer interpreters who meet the much stricter criteria for providing interpretation services. The diversion of resources towards minimizing the harmful effects that O.C.G.A. § 21-2-409(b)(2) will have on AAPI communities leaves Advancing Justice-Atlanta with fewer resources to devote to its regular GOTV, election protection, and other activities.

26. Specifically, in response to the restrictions of O.C.G.A. § 21-2-409(b)(2), Advancing Justice-Atlanta has diverted resources, including money and staff member time, away from the following activities:

    a. Our general GOTV efforts (in five different languages), which include crafting and sending text messages, to remind and encourage people to vote, and canvassing neighborhoods to remind and encourage voters at the door to participate in the upcoming elections;

    b. Organizing community members and GIACE partners to assist with general GOTV efforts;

    c. Preparing for and facilitating voter education forums to educate community members on what will appear on their ballots and on issues that impact them;

    d. Creating and distributing digital and print communications (in five different languages) to facilitate our general GOTV efforts;

    e. Pulling staff members from various departments, including legal services, to assist with translation of educational materials.

27. Even when time and resources are diverted from other activities, however, I believe that Advancing Justice-Atlanta will not be able to ensure that all LEP voters affected by this law will be able to vote with proper language assistance in the December 4, 2018 runoff and future local and state elections, such as the March 19, 2019 Gwinnett County local election.

28. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of November, 2018, in Norcross, Georgia.

Karuna Ramachandran