## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| JIN KWON and ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. |
| ROBYN A. CRITTENDEN, | ) ) ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for a Temporary Restraining Order, IT IS HEREBY ORDERED that in the December 4, 2018 runoff:

1.      Voters who are entitled to assistance with voting can receive assistance from any person of their choice who satisfies the requirements of Section 208 of the Voting Rights Act, 42 U.S.C. § 10508;

2.      Defendant must instruct county elections officials that poll workers may not require voters and/or individuals assisting voters to indicate on any forms that they are complying with O.C.G.A. § 21-2-409(b)(2);

3.      Defendant must transmit any Order of this Court granting preliminary or final injunctive relief to county board of elections;

4.      Defendant must cause the counties to post, at polling places on Election Day, notice that voters entitled to assistance may receive assistance from

1

any person of their choice who satisfies the requirements of Section 208 of the

Voting Rights Act, 42 U.S.C. § 10508;

5.     Defendant must conduct training of all poll workers to ensure they

understand and comply with any Order of this Court granting preliminary or final

injunctive relief;

6.     Defendant must provide notice to the public on the Secretary of

State's website that all voters entitled to assistance with voting may receive

assistance from any person of their choice who satisfies the requirements of

Section 208 of the Voting Rights Act, 42 U.S.C. § 10508; and that Section 21-2-

409(b)(2) has been enjoined and that Section 21-2-409(b)(1) will apply, regardless

of whether or not there is a federal candidate on the ballot.

7.     This Order will be binding upon the parties to this action, their

employees, agents and successors, attorneys, and all other persons or entities acting

in concert with the parties to this action or who receive actual notice of this Order

by personal service or otherwise.

8.     The bond in this matter is hereby set at $0.00.

9.     Plaintiffs, through their Counsel, shall serve a true and correct copy of

this Order on Defendant or her respective counsel, if known.

So ORDERED this __ day of _____, 2018.

_____

Judge, United States District Court