# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **JIN KWON and ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA,** | * * * * |
| Plaintiffs, | * * |
| v. | * * |
| **ROBYN A. CRITTENDEN,** | * * |
| Defendant. | * * |

CA No. 1:18cv5405-TCB

## NOTICE OF APPEARANCE

COMES NOW Cristina Correia, Senior Assistant Attorney General, and hereby makes an entry of appearance on behalf of Secretary Robyn A. Crittenden. Counsel can be reached at:

> Office of the Attorney General
> 40 Capitol Square, SW
> Atlanta, Georgia 30334
> Telephone: (404) 656-7063
> Facsimile: (404) 651-9325
> E-Mail: ccorreia@law.ga.gov

        Respectfully submitted,

        CHRISTOPHER M. CARR
        Attorney General      112505

        ANNETTE M. COWART   191199
        Deputy Attorney General

        RUSSELL D. WILLARD   760280
        Senior Assistant Attorney General

        /s/Cristina Correia
        CRISTINA CORREIA    188620
        Senior Assistant Attorney General


        Attorneys for Secretary of State

Please address all
Communication to:
CRISTINA CORREIA
Senior Assistant Attorney General
40 Capitol Square SW
Atlanta, GA  30334
ccorreia@law.ga.gov
404-656-7063
404-651-9325

## Certificate of Service

I hereby certify that on November 28, 2018, I electronically filed this Notice of Appearance with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Phi Nguyen
Asian Americans Advancing Justice – Atlanta
Suite 148
5680 Oakbrook Pkwy
Norcross, GA  30093

Brian Sutherland
Buckley Beal, LLP
Suite 3900
600 Peachtree Street, NE

Daniel Huynh
David Lee Gann
Hillary Li
Lindsay Catherine Church
Nicholas Tang Tsui
Patrick J. Flinn
Alston & Bird, LLP
Suite 4900
1201 West Peachtree St.
Atlanta, GA  30309-3424

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  NONE

This 28th day of November, 2018.

/s/Cristina Correia
Cristina Correia        188620
Senior Assistant Attorney General