# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JIN KWON and ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA, <br><br> Plaintiffs, <br><br> v. <br><br> ROBYN A. CRITTENDEN, <br><br> Defendant. | CIVIL ACTION <br> FILE NO. 1:18-cv-05405-TCB |

## PLAINTIFF ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA'S FRCP 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, Asian Americans Advancing Justice-Atlanta, certifies that it is a non-governmental corporation with no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted, this 28th day of November, 2018.

| | |
|---|---|
| Deanna Kitamura <br> dkitamura@advancingjustice-la.org <br> CA Bar No. 162039 <br> Nicole Gon Ochi <br> nochi@advancingjustice-la.org <br> CA Bar. No. 268678 <br> Christopher Lapinig <br> clapinig@advancingjustice-la.org | */s/Daniel Huynh* <br> Patrick J. Flinn, Esq. <br> patrick.flinn@alston.com <br> Georgia Bar No. 264540 <br> Daniel Huynh, Esq. <br> Daniel.huynh@alston.com <br> Georgia Bar No. 987369 <br> David Gann, Esq. <br> david.gann@alston.com |

1

<div style="display: flex;">
<div>

CA Bar No. 802525
Eileen Ma
ema@advancingjustice-la.org
CA Bar No. 296800
(*pro hac vice* applications to be filed)
ASIAN AMERICANS ADVANCING
JUSTICE – LA
1145 Wilshire Blvd.
Los Angeles, CA 90017
Telephone: (213) 977-7500
Facsimile: (213) 977-7595


Phi Nguyen
GA Bar No. 578019
pnguyen@advancingjustice-atlanta.org
Hillary Li
GA Bar No. 898375
hli@advancingjustice-atlanta.org
ASIAN AMERICANS ADVANCING
JUSTICE – ATLANTA
5680 Oakbrook Parkway, Suite 148
Norcross, GA 30093
Telephone: (404) 585-8446

*Counsel for Plaintiffs*

</div>
<div>

Georgia Bar No. 940455
Nick Tsui
nick.tsui@alston.com
Georgia Bar No. 982502
Lindsay Church
Lindsay.church@alston.com
Georgia Bar No. 651190
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

Brian J. Sutherland, Esq.
bsutherland@buckleybeal.com
Georgia Bar No. 105408
BUCKLEY BEAL, LLP
600 Peachtree Street
Suite 3900
Atlanta, Georgia 105408
Tel.: (404 781-1100
Fax.: (404) 781-1101

</div>
</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of November 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served a copy by electronic mail upon the following attorneys for the defendant.

Cristina M. Correia
ccorreia@law.ga.gov
Russell David Willard
rwillard@law.ga.gov
Georgia Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

/s/ Daniel Huynh
Daniel Huynh
Daniel.huynh@alston.com
Georgia Bar No. 987369
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777
*Attorney for Plaintiffs*

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), counsel hereby certifies that this motion was prepared using Times New Roman 14 point font.

This 28th day of November, 2018

                                            */s/ Daniel Huynh*
                                            Daniel Huynh
                                            Daniel.huynh@alston.com
                                            Georgia Bar No. 987369
                                            ALSTON & BIRD LLP
                                            One Atlantic Center
                                            1201 West Peachtree Street
                                            Atlanta, Georgia 30309-3424
                                            Tel.: (404) 881-7000
                                            Fax: (404) 881-7777
                                            *Attorney for Plaintiffs*