# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JIN KWON and ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA, <br><br> Plaintiffs, <br><br> v. <br><br> ROBYN A. CRITTENDEN, in her official capacity as Secretary of State, <br><br> Defendant. | CIVIL ACTION <br> No. 1:18cv5405-TCB |

## NOTICE OF FILING PROPOSED CONSENT ORDER

COMES NOW Defendant and gives notice to the Court that the parties hereby submit the attached proposed Consent Order.

Respectfully submitted,

CHRISTOPHER M. CARR
Attorney General           112505

ANNETTE M. COWART   191199
Deputy Attorney General

RUSSELL D. WILLARD   760280
Senior Assistant Attorney General

/s/Cristina Correia
CRISTINA CORREIA           188620
Senior Assistant Attorney General

Attorneys for Secretary of State

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2018, I electronically filed this Notice of Filing PROPOSED CONSENT ORDER using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Phi Nguyen
Hillary Li
Asian Americans Advancing Justice – Atlanta
Suite 148, 5680 Oakbrook Pkwy
Norcross, GA  30093

Brian Sutherland
Buckley Beal, LLP
Suite 3900, 600 Peachtree Street, NE
Atlanta, GA  30308

Daniel Huynh
David Lee Gann
Lindsay Catherine Church
Nicholas Tang Tsui
Patrick J. Flinn
Alston & Bird, LLP
Suite 4900, 1201 West Peachtree St.
Atlanta, GA  30309-3424

I hereby certify that I have e-mailed the document to the following non-CM/ECF participants:  None

This 28th day of November, 2018.	/s/Cristina M. Correia
	Cristina M. Correia
	Senior Assistant Attorney General