# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| JIN KWON and ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA, <br><br> Plaintiffs, <br><br> v. <br><br> ROBYN A. CRITTENDEN, in her official capacity as Secretary of State, <br><br> Defendant. | CIVIL ACTION <br> No. 1:18cv5405-TCB |

## CONSENT ORDER

Plaintiffs filed this action against the Georgia Secretary of State pursuant to the Voting Rights Act and the First and Fourteenth Amendments, seeking to enjoin enforcement of O.C.G.A. § 21-2-409(b)(2), which limits those persons that may assist a voter when no candidate for federal office appears on the ballot to registered voters in the voter's precinct, statutorily specified family members, and the voter's caretaker. Section 21-2-409(b)(2) also limits the number of voters any

1

one person can assist to ten (10) in any election with no federal candidate on the ballot.

Sec. 208 of the Voting Rights Act, 52 U.S.C. § 10508 provides that voters requiring assistance "may be given assistance by a person of the voter's choice, other than the voter's employer or agent of that employer or officer or agent of the voter's union." Sec 208 of the VRA does not limit the number of voters any one person may assist in an election.

This Court has jurisdiction of this action pursuant to 52 U.S.C. § 20510(b) and 28 U.S.C. §§ 1331 and 1343(a)(4).

In order to avoid the burden, delays, and uncertainties of litigation and to efficiently and expeditiously promote the parties' shared goal of ensuring that Georgia's voters are afforded the rights guaranteed by the requirements of the Voting Rights Act, the parties consent to the terms of this Order.

WHEREFORE, the parties having freely given their consent, and the terms of the Consent Decree being fair, reasonable, and consistent with the requirements of the VRA, it is hereby ORDERED, ADJUDGED and DECREED that:

1) Defendant, Secretary of State, and the Secretary of State's officers, assigns, successors, agents, servants, employees, attorneys, and other persons who

are in active concert or participation with them, are hereby enjoined from enforcing or relying on O.C.G.A. § 21-2-409(b)(2).

2) Consistent with Sec. 208 of the Voting Rights Act, voter assistance in all future elections will be governed by O.C.G.A. § 21-2-409(a) and § 21-2-409(b)(1), regardless of whether a candidate for federal office appears on the ballot.

3) The Secretary shall issue a bulletin immediately, and by no later 5:00 PM on Thursday, November 29, 2018, to all county election superintendents and direct them to permit voters requiring assistance to receive assistance from anyone of the voter's choosing, subject to the requirements of both Sec. 208 of the VRA and O.C.G.A. § 21-2-409(b)(1). This bulletin shall also inform county election superintendents that they may not require individuals assisting voters to check off any boxes on any forms, including those on absentee ballots and absentee ballot envelopes, indicating their relationship to the voters or how many voters they have assisted. However, nothing herein prevents county election officials from requiring persons assisting voters to identify themselves, as required by O.C.G.A. § 21-2-409(a). The Secretary shall also provide all county election superintendents a copy of this Order.

4) The Secretary agrees, for the December 2018 run-off, to provide notice to the public by issuing a press release by 5:00 PM on Thursday, November 29, 2018, reporting that all voters entitled to assistance with voting may receive assistance from any person of their choice who satisfies the requirements of Section 208 of the Voting Rights Act, 52 U.S.C. § 10508 and O.C.G.A. § 21-2-409(b)(1), regardless of whether or not there is a federal candidate on the ballot.

5) The Secretary agrees to provide notice to the public on the Secretary of State's website that all voters entitled to assistance with voting may receive assistance from any person of their choice who satisfies the requirements of Section 208 of the Voting Rights Act, 52 U.S.C. § 10508 and O.C.G.A. § 21-2-409(b)(1), regardless of whether or not there is a federal candidate on the ballot. Said Notice will remain on the Secretary of State's website so long as the current version of O.C.G.A. § 21-2-409(b)(2) remains in the Georgia Code.

6) The Secretary further agrees, no later than 5:00 p.m. on Friday, November 30th, to provide each Election Superintendent with a notice and agrees to instruct the county election superintendents to post said notice at all polling places on election-day in a location that is viewable at the major entrance of each polling place. The notice will state that voters entitled to assistance may receive

assistance from any person of their choice who satisfies the requirements of Sec. 208 of the Voting Rights Act.

8) All future training conducted by the Secretary of State's Office shall be consistent with this Order.

9) Upon entry of this Consent Order by the Court, Plaintiffs shall be entitled to file a motion for reasonable attorneys' fees and costs from Defendant. The amount of such attorneys' fees and costs shall be determined pursuant to the procedures set forth in Northern District of Georgia Civil Local Rule 54.2 (hereinafter, L.R. 54.2) and other applicable legal authorities.

IT IS SO ORDERED THIS ___ Day of ___, 2018.

_____
Hon. Timothy C. Batten, Sr.
District Court Judge

Consented to:

FOR DEFENDANTS

CHRISTOPHER M. CARR
Attorney General          112505
ANNETTE M. COWART    191199
Deputy Attorney General
RUSSELL D. WILLARD   760280
Senior Assistant Attorney General

/s/Cristina Correia
CRISTINA CORREIA         188620
Senior Assistant Attorney General
40 Capitol Square SW
Atlanta, GA  30334
ccorreia@law.ga.gov
404-656-7063

FOR PLAINTIFFS:


*/s/Daniel Huynh*

| | |
|---|---|
| Deanna Kitamura | Patrick J. Flinn, Esq. |
| dkitamura@advancingjustice-la.org | patrick.flinn@alston.com |
| CA Bar No. 162039 | Georgia Bar No. 264540 |
| Nicole Gon Ochi | Daniel Huynh, Esq. |
| nochi@advancingjustice-la.org | Daniel.huynh@alston.com |
| CA Bar. No. 268678 | Georgia Bar No. 987369 |
| Christopher Lapinig | David Gann, Esq. |
| clapinig@advancingjustice-la.org | david.gann@alston.com |
| CA Bar No. 802525 | Georgia Bar No. 940455 |
| Eileen Ma | Nick Tsui |
| ema@advancingjustice-la.org | nick.tsui@alston.com |
| CA Bar No. 296800 | Georgia Bar No. 982502 |
| (*pro hac vice* applications to be filed) | Lindsay Church |

ASIAN AMERICANS ADVANCING
JUSTICE – LA
1145 Wilshire Blvd.
Los Angeles, CA 90017
Telephone: (213) 977-7500
Facsimile: (213) 977-7595


Phi Nguyen
GA Bar No. 578019
pnguyen@advancingjustice-atlanta.org
Hillary Li
GA Bar No. 898375
hli@advancingjustice-atlanta.org
ASIAN AMERICANS ADVANCING
JUSTICE – ATLANTA
5680 Oakbrook Parkway, Suite 148
Norcross, GA 30093
Telephone: (404) 585-8446

Lindsay.church@alston.com
Georgia Bar No. 651190
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

Brian J. Sutherland, Esq.
bsutherland@buckleybeal.com
Georgia Bar No. 105408
BUCKLEY BEAL, LLP
600 Peachtree Street
Suite 3900
Atlanta, Georgia 105408
Tel.: (404 781-1100
Fax.: (404) 781-1101

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2018, I electronically filed this PROPOSED CONSENT ORDER using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Phi Nguyen
Hillary Li
Asian Americans Advancing Justice – Atlanta
Suite 148, 5680 Oakbrook Pkwy
Norcross, GA  30093

Brian Sutherland
Buckley Beal, LLP
Suite 3900, 600 Peachtree Street, NE
Atlanta, GA  30308

Daniel Huynh
David Lee Gann
Lindsay Catherine Church
Nicholas Tang Tsui
Patrick J. Flinn
Alston & Bird, LLP
Suite 4900, 1201 West Peachtree St.
Atlanta, GA  30309-3424

I hereby certify that I have e-mailed the document to the following non-CM/ECF participants:  None

This 28th day of November, 2018.        /s/Cristina M. Correia
                                        Cristina M. Correia
                                        Senior Assistant Attorney General