IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JIN KWON and ASIAN AMERICANS ADVANCING JUSTICE–ATLANTA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROBYN A. CRITTENDEN, in her official capacity as Secretary of State, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:18-cv-5405-TCB |

**O R D E R**

The parties having resolved all pending issues by consent order [7], the case is dismissed. Nothing in this Order shall affect the Court's enforcement of the consent order.

IT IS SO ORDERED this 29th day of November, 2018.

_____
Timothy C. Batten, Sr.
United States District Judge