# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JIN KWON and ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA, <br><br> Plaintiffs, <br><br> v. <br><br> ROBYN A. CRITTENDEN, in her official capacity as Secretary of State, <br><br> Defendant. | CIVIL ACTION <br><br> No. 1:18cv5405-TCB |

## PROPOSED ORDER

Pursuant to the Joint Motion for Extension of Time, the new deadline for Plaintiffs to file a motion for attorneys' fees and related nontaxable expense is January 10, 2019.

_____
U.S. DISTRICT COURT JUDGE