IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JIN KWON and ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA,<br><br>Plaintiffs,<br><br>v.<br><br>ROBYN A. CRITTENDEN, in her official capacity as Secretary of State,<br><br>Defendant. | CIVIL ACTION<br><br>No. 1:18cv5405-TCB |

## ORDER

Pursuant to the Joint Motion for Extension of Time, the new deadline for Plaintiffs to file a motion for attorneys' fees and related nontaxable expense is January 10, 2018.

SO ORDERED this 21st day of December, 2018.

_____
Timothy C. Batten, Sr.
United States District Judge