**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JIN KWON and ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA, <br><br><br> Plaintiffs, <br><br> v. <br><br> ROBYN A. CRITTENDEN, in her official capacity as Secretary of State, <br><br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION <br><br> No. 1:18cv5405-TCB |

## <u>PROPOSED ORDER</u>

Pursuant to the Consent Motion for Extension of Time, the new deadline for Plaintiffs to file and serve a detailed specification and itemization of the requested award is February 5, 2019.

_____
U.S. District Court Judge