# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JIN KWON and ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA, <br><br> Plaintiffs, <br><br> v. <br><br> ROBYN A. CRITTENDEN, in her official capacity as Secretary of State, <br><br> Defendant. | CIVIL ACTION <br><br> No. 1:18cv5405-TCB |

## NOTICE OF SETTLEMENT

Plaintiffs Jin Kwon and Asian Americans Advancing Justice-Atlanta (collectively "Plaintiffs") respectfully notify the Court that Plaintiffs have reached an agreement with Defendant Robyn A. Crittenden to resolve Plaintiffs' remaining motion for their reasonable attorneys' fees and expenses (the "Motion"). Plaintiffs request an additional fourteen (14) days to file the appropriate dismissal papers to allow Defendant to fully perform the terms of the agreement. Upon completion of the terms of the agreement, Plaintiffs will dismiss the litigation.

Respectfully submitted, this 6th day of February, 2019.

FOR PLAINTIFFS:

*/s/ Daniel Huynh*

| | |
|---|---|
| Deanna Kitamura | Patrick J. Flinn, Esq. |
| dkitamura@advancingjustice-la.org | patrick.flinn@alston.com |
| CA Bar No. 162039 | Georgia Bar No. 264540 |
| Nicole Gon Ochi | Daniel Huynh, Esq. |
| nochi@advancingjustice-la.org | daniel.huynh@alston.com |
| CA Bar. No. 268678 | Georgia Bar No. 987369 |
| Christopher Lapinig | David Gann, Esq. |
| clapinig@advancingjustice-la.org | david.gann@alston.com |
| CA Bar No. 802525 | Georgia Bar No. 940455 |
| Eileen Ma | Nick Tsui |
| ema@advancingjustice-la.org | nick.tsui@alston.com |
| CA Bar No. 296800 | Georgia Bar No. 982502 |
| (*pro hac vice* applications to be filed) | Lindsay Church |
| ASIAN AMERICANS ADVANCING | lindsay.church@alston.com |
| JUSTICE – LA | Georgia Bar No. 651190 |
| 1145 Wilshire Blvd. | ALSTON & BIRD LLP |
| Los Angeles, CA 90017 | One Atlantic Center |
| Telephone: (213) 977-7500 | 1201 West Peachtree Street |
| Facsimile: (213) 977-7595 | Atlanta, Georgia 30309-3424 |
| | Tel.: (404) 881-7000 |
| | Fax: (404) 881-7777 |
| | |
| Phi Nguyen | Brian J. Sutherland, Esq. |
| pnguyen@advancingjustice-atlanta.org | bsutherland@buckleybeal.com |
| GA Bar No. 578019 | Georgia Bar No. 105408 |
| Hillary Li | BUCKLEY BEAL, LLP |
| hli@advancingjustice-atlanta.org | 600 Peachtree Street |
| GA Bar No. 898375 | Suite 3900 |
| ASIAN AMERICANS ADVANCING | Atlanta, Georgia 105408 |
| JUSTICE – ATLANTA | Tel.: (404 781-1100 |
| 5680 Oakbrook Parkway, Suite 148 | Fax.: (404) 781-1101 |
| Norcross, GA 30093 | |
| Telephone: (404) 585-8446 | |

## CERTIFICATE OF COMPLAINCE

Pursuant to Local Rule 7.1(D), counsel hereby certifies that this motion was prepared using Times New Roman 14 point font.

This 6th day of February, 2019.

>*/s/ Daniel Huynh*
>Daniel Huynh, Esq.
>daniel.huynh@alston.com
>Georgia Bar No. 987369
>ALSTON & BIRD LLP

## CERTIFICATE OF SERVICE

I hereby certify that on February 6th, 2019, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

>*/s/ Daniel Huynh*
>Daniel Huynh, Esq.
>daniel.huynh@alston.com
>Georgia Bar No. 987369
>ALSTON & BIRD LLP