**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JIN KWON and ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIV. A. NO. 1:18-cv-5405-TCB |
| ROBYN A. CRITTENDEN, in her official capacity as Secretary of State, | ) ) ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs Jin Kwon and Asian Americans Advancing Justice-Atlanta ("Plaintiffs") hereby provide notice to the Court of dismissal without prejudice Plaintiffs' claims against Defendant Robyn A. Crittenden in the above-styled action.

Respectfully submitted, this 21st day of February, 2019.

FOR PLAINTIFFS:

*/s/ Dan Huynh*

| | |
|---|---|
| Deanna Kitamura | Patrick J. Flinn |
| dkitamura@advancingjustice-la.org | patrick.flinn@alston.com |
| CA Bar No. 162039 | Georgia Bar No. 264540 |
| Nicole Gon Ochi | Daniel Huynh |
| nochi@advancingjustice-la.org | daniel.huynh@alston.com |
| CA Bar. No. 268678 | Georgia Bar No. 987369 |
| Christopher Lapinig | David Gann |
| clapinig@advancingjustice-la.org | david.gann@alston.com |
| CA Bar No. 802525 | Georgia Bar No. 940455 |
| Eileen Ma | Nick Tsui |
| ema@advancingjustice-la.org | nick.tsui@alston.com |
| CA Bar No. 296800 | Georgia Bar No. 982502 |
| (*pro hac vice* applications to be filed) | Lindsay Church |
| ASIAN AMERICANS ADVANCING | lindsay.church@alston.com |
| JUSTICE – LA | Georgia Bar No. 651190 |
| 1145 Wilshire Blvd. | ALSTON & BIRD LLP |
| Los Angeles, CA 90017 | One Atlantic Center |
| Telephone: (213) 977-7500 | 1201 West Peachtree Street |
| Facsimile: (213) 977-7595 | Atlanta, Georgia 30309-3424 |
| | Tel.: (404) 881-7000 |
| | Fax: (404) 881-7777 |
| Phi Nguyen | Brian J. Sutherland |
| GA Bar No. 578019 | bsutherland@buckleybeal.com |
| pnguyen@advancingjustice-atlanta.org | Georgia Bar No. 105408 |
| Hillary Li | BUCKLEY BEAL, LLP |
| GA Bar No. 898375 | 600 Peachtree Street |
| hli@advancingjustice-atlanta.org | Suite 3900 |
| ASIAN AMERICANS ADVANCING | Atlanta, Georgia 105408 |
| JUSTICE – ATLANTA | Tel.: (404) 781-1100 |
| 5680 Oakbrook Parkway, Suite 148 | Fax: (404) 781-1101 |
| Norcross, GA 30093 | |
| Telephone: (404) 585-8446 | |

## **CERTIFICATE OF COMPLAINCE**

Pursuant to Local Rule 7.1(D), counsel hereby certifies that this motion was prepared using Times New Roman 14 point font.

This 21st day of February, 2019.

*/s/ Dan Huynh*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2019, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

*/s/ Dan Huynh*